# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | DISTRICT COURT NO. 11-cr-00853 |
| V. : | (CCC) |
| : | **CORRECTED NOTICE OF APPEAL** |
| : | |
| CHRISTOPHER WILLIAMS : | |

Please take notice that Christopher Williams hereby appeals to the United States Court of Appeals for the Third Circuit from the Judgment of Sentence and Conviction entered in the United States District Court for the District of New Jersey on the 19th day of April, 2013.

>Respectfully submitted,
>
>s/ Carol Gillen
>Assistant Federal Public Defender
>1002 Broad Street
>Newark, New Jersey 07102
>(973) 645-6347
>
>Attorney for Defendant
>Christopher Williams

## **CERTIFICATION OF SERVICE**

I hereby certify that a copy of the Notice of Appeal in District Court No. 11-cr-00853 was served via Electronic Filing upon: (1) Michael Robertson, A.U.S.A., United States Attorney's Office, 970 Broad Street, Newark, New Jersey 07102; and (2) Claire C. Cecchi, United States District Court Judge; and (3) Mark Coyne, Chief, Appeals Division, United States Attorney's Office, 970 Broad Street, Newark, New Jersey 07102.

                                                  s/ Carol Gillen
                                                  Carol Gillen
                                                  Assistant Federal Public Defender