PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Christopher James Williams  Cr.: 11-00853-001
PACTS #: 63502

Name of Sentencing Judicial Officer:  THE HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/09/2013

Original Offense:   18 U.S.C. Section 922 (g)(1): Possession of a Firearm by Convicted Felon

Original Sentence: 92 months imprisonment, 36 months supervised release

Special Conditions: Substance Abuse Testing/Treatment and No New Debt/Credit

Type of Supervision: Supervised Release          Date Supervision Commenced: 05/16/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On February 3, 2020, the offender provided a urine sample which tested positive for marijuana. In a subsequent conversation with the offender he had admitted he had eaten baked goods that he later found out had marijuana baked inside of them. |

Prob 12A – page 2
Christopher James Williams

U.S. Probation Officer Action:

The probation office issued the offender a verbal reprimand and cautioned him about his associations. At this time, it is requested no further action be taken by the Court. If the probation office discovers additional substance abuse issues involving the offender, a referral will be made for a substance abuse evaluation.

Respectfully submitted,
*Patrick T. Hattersley*
By:  Patrick Hattersley
Senior U.S. Probation Officer
Date:  04/23/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

Signature of Judicial Officer

May 14, 2020
Date