PROB 12A
(12/20)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Christopher Williams  Cr.: 11-00853-001
PACTS #: 63502

Name of Sentencing Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/09/2013

Original Offense:    Felon in Possession of a Weapon, 18 U.S.C., Section 922(g)

Original Sentence: 92 months imprisonment, 3 years supervised release, $100 special assessment

Special Conditions: Alcohol/Drug Testing and/or Treatment, New Debt Restriction, DNA Collection

Type of Supervision: Supervised Release         Date Supervision Commenced: 05/16/2018

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    On January 29, 2021, Williams was arrested by the South Hackensack Police Department and charged with resisting arrest, eluding police, possession of a controlled dangerous substance, and several traffic citations. According to police reports and statements by police, Williams was a passenger in a vehicle police had pulled over for a traffic stop. During the traffic stop, Williams moved into the driver's seat and sped off. Williams traveled a short distance before crashing into a light pole at a gas station. Williams then fled on foot before collapsing to the ground. Police quickly realized he was overdosing and administered Narcan. Williams regained consciousness and admitted he had been using heroin. A second dose of Narcan was administered while he was en route to the hospital.

On January 30th, Williams was discharged from the hospital and transferred to the Bergen County Jail. On February 1st, Williams was released from custody.

The charges remain pending at the New Jersey Superior Court (Bergen County).

Prob 12A – page 2
Christopher Williams

U.S. Probation Officer Action:

Our office recommends withholding Court action at this time. Williams is expected to enter residential inpatient drug treatment at Maryville, Inc, to address his drug addiction. Williams appears determined and motivated in bettering himself. We will keep the Court apprised of Williams' pending charges and any additional instances of noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   ANTHONY J. NISI
U.S. Probation Officer

/ ajn

APPROVED:

Digitally signed by Luis R. Gonzalez
Date: 2021.02.04 15:00:49 -05'00'

LUIS R. GONZALEZ                         Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

X   No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐   Submit a Request for Modifying the Conditions or Term of Supervision

☐   Submit a Request for Warrant or Summons

☐   Other

Signature of Judicial Officer

2/5/2021
Date